IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R5, § § § § § § § Plaintiff, § § v. § § HARRIS A. PINK and MARTHA § PINK, § Defendants. § | Civil Action No. 7:18-cv-00020-O |

## JOINT MOTION FOR ENTRY OF AGREED JUDGMENT

COME NOW, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R5 ("Plaintiff" or "Deutsche Bank") and Defendants Harris A. Pink and Martha Pink ("Defendants" and together with Plaintiff as the "Parties") and file this *Motion for Entry of Agreed Judgment*, and show as follows:

**I.**

1. The Parties have resolved the issues in this suit and respectfully request an agreed judgment to be entered reflecting said agreement.

2. The agreed judgment is attached to this motion and filed contemporaneously herewith.

**WHEREFORE, PREMISES CONSIDERED,** the Parties request that that the Court enter the agreed judgment reflecting their agreement and all other relief to which they may be entitled.

Respectfully submitted,

By: */s/ Gordon W. Green*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**GORDON W. GREEN**
Texas Bar No. 24083102
ggreen@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Pkwy, Suite 900
Dallas, TX 75254
214-635-2650
214-635-2686 (Fax)

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Hank Rugeley*
**HANK RUGELEY**
Texas Bar No. 17382900
Davison Rugeley, LLP
900 Eighth Street, Suite 1102
(940) 766-1388
(940) 766-5396 (Fax)

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned further certifies that on the 5th day of April, 2019, a true and correct copy of the foregoing document was delivered via ECF Notification to the counsel of record listed below.

Hank Rugeley
Davison Rugeley, LLP
900 Eighth Street, Suite 1102
Wichita Falls, Texas 76301
*Counsel for Defendants*

 */s/ Gordon W. Green*
**GORDON W. GREEN**